UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAIMIE HEARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03690 |
| | § | |
| FIRST COMMUNITY CREDIT UNION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON DISMISSAL

Plaintiff Jaimie Heard and Defendant First Community Credit Union, have reached a settlement of Plaintiff's individual claims. Plaintiff, in exchange for consideration, will dismiss her individual claims with prejudice.

A class has not been certified nor is a class being proposed for certification for purposes of settlement. Pursuant to the terms of the settlement agreement, all class claims will be dismissed without prejudice.

It is so ORDERED.

SIGNED on December 7, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge